UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM                                                                                    PLAINTIFF
#209415

V.                                      No. 4:19CV00356-JM-JTR

JOHN STALEY, Sheriff,
Lonoke County, *et al.*                                                                         DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Richard Gilliam may PROCEED with his inhumane conditions of confinement and discrimination claims against Sheriff John Staley, Chief Deputy Kevin McCoy, Jail Administrator Matthew Hodge, Deputy Steffen, and Detective Dean White.

2. Gilliam may PROCEED with his excessive force and retaliation claims against Deputy Steffen, Deputy Irving, Deputy Daniels, and Deputy Howard.

3. The Clerk is directed to prepare a summons each defendant at the Lonoke County Jail. The United States Marshal is directed to serve the Substituted Complaints (Doc. Nos. 31 & 33), Gilliam's motions for preliminary injunction (Doc. Nos. 10 & 11), and this Order, on defendants without prepayment of fees and costs or security therefor.[1]

4. Gilliam's motion for summary judgment (Doc. No. 32) is DENIED.

---

[1] If any defendant is no longer a Lonoke County employee, the individual responding to service must file a **sealed statement** providing the unserved defendant's last known private mailing address.

5. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 28th day of January, 2020.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE