UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM                                                                    PLAINTIFF
#209415

V.                              No. 4:19CV00356-JM-JTR

JOHN STALEY, Sheriff,
Lonoke County, *et al.*                                                            DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects. Although Mr. Gilliam has listed his requests more clearly in his objections, there is still no evidence of irreparable harm and his requests are so broad that an injunction would be impossible to enforce.

IT IS THEREFORE ORDERED that Richard Gilliam's motions for preliminary injunction (Doc. Nos. 10 & 11) are DENIED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 19th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE