UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM                                                                                    PLAINTIFF
ADC #177626

V.                                         No. 4:19-CV-356-JM-JTR

JOHN STALEY, Sheriff, Lonoke County;
KEVIN MCCOY, Chief Deputy,
Lonoke County Sheriff's Department;
MATTHEW HODGE, Administrator,
Lonoke County Jail; DEAN WHITE,
Detective, Lonoke County Sheriff's Department;
IRVING, Deputy; and STEFFEN, Deputy                                                   DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. 64) is GRANTED, and Mr. Gilliam's claims against them are DISMISSED WITH PREJUDICE.

Dated this 18th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE