UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM                                                                                        PLAINTIFF
ADC #177626

V.                                                   No. 4:19-CV-356-JM-JTR

JOHN STALEY, Sheriff, Lonoke County;
KEVIN MCCOY, Chief Deputy,
Lonoke County Sheriff's Department;
MATTHEW HODGE, Administrator,
Lonoke County Jail; DEAN WHITE,
Detective, Lonoke County Sheriff's Department;
IRVING, Deputy; and STEFFEN, Deputy                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 18th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE